UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT L. BROWN,
    Plaintiff,

v.

COMMISSIONER OF SOCIAL　　　　　　　　　Case No. 08-12992
SECURITY,　　　　　　　　　　　　　　　　Honorable Patrick J. Duggan
    Defendant.
_____/

## **JUDGMENT**

    Plaintiff applied for Social Security Disability Insurance Benefits on October 8, 2002, alleging that he became disabled on August 20, 2001. An Administrative Law Judge found Plaintiff not disabled and the Appeals Council denied review. Plaintiff thereafter initiated this lawsuit, challenging the final decision of the Commissioner of Social Security ("Commissioner"). The parties thereafter filed cross-motions for summary judgment. In an Opinion and Order issued on this date, the Court granted Plaintiff's motion and denied the Commissioner's motion.

    Accordingly,

    **IT IS ORDERED,** that the decision of the Commissioner is **REVERSED** and this matter is **REMANDED** for further proceedings consistent with the Court's Opinion and Order.

DATE: October 13, 2009　　　　　　　　　　s/PATRICK J. DUGGAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Copies to:
Lewis M. Seward, Esq.
AUSA Derri T. Thomas
Magistrate Judge R. Steven Whalen